THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM J. BURNS, Respondent.

*People* v. *Burns*, 178 App. Div. 845, affirmed.
(Argued December 17, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 30, 1917, which reversed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of willfully and without authority taking letters and private papers belonging to another and copies thereof, and publishing the same in violation of section 553 of the Penal Law.

*Edward Swann, District Attorney* (*Robert S. Johnstone* and *George F. Turner* of counsel), for appellant.
*James M. Beck* and *John D. Lindsay* for respondent.

Judgment affirmed on the ground that the defendant did not publish private papers within the meaning of section 553 of the Penal Law; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.